Anerio V. Altman, Esq. #228445
Lake Forest Bankruptcy
PO Box 515381
Los Angeles, CA 90051
Phone and Fax: (949) 218-2002
avaesq@lakeforestbkoffice.com
**ATTORNEY FOR DEBTOR
SUSAN JO WHITE**

# UNITED STATES BANKRUPTCY COURTS
## CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION

| | |
|---|---|
| In Re: SUSAN JO WHITE, an individual, <br><br> Debtor <br>——————————————— <br> HOLLIE A. LEMKIN, an individual, <br><br> Plaintiff and Creditor <br><br> v. <br><br> SUSAN JO WHITE, an individual <br><br> Debtor and Defendant | Case No.: 8:22-bk-10652-SC <br> Adv. No.: 8:22-ap-01075-SC <br><br> **Chapter 7** <br><br> **ANSWER OF SUSAN JO WHITE** <br><br> **JUDGE** <br> Hon. Scott Clarkson <br><br> **JOINT STATUS CONFERENCE** <br> Date: November 15th, 2022 <br> Time: 1:30 PM <br> Place: 411 West Fourth Street #5C, Santa Ana, CA 92701 (By Zoom.gov) |

- 1 -

ANSWER

DEFENDANT SUSAN JO WHITE ("Defendant") provides this Answer to the Complaint of HOLLIE A. LEMKIN ("Plaintiff") as follows:

## I. RESPONSES

1. In response to paragraph 1, Defendant admits, although such jurisdiction may be abrogated by the dismissal of the underlying Chapter 7 proceeding.

2. In response to paragraph 2, Defendant admits.

3. In response to paragraph 3, Defendant can neither confirm nor deny as this statement expresses the intention of the Plaintiff.

4. In response to paragraph 4, Defendant admits.

5. In response to paragraph 5, Defendant admits.

6. In response to paragraph 6, Defendant admits.

7. In response to paragraph 7, Defendant admits.

8. In response to paragraph 8, Defendant admits.

9. In response to paragraph 9, Defendant admits.

10. In response to paragraph 10, Defendant admits all facts alleged except the total of the judgment with accrued interest as of April 18th, 2022 as such is outside of her knowledge.

11. In response to paragraph 11, Defendant denies.

12. In response to paragraph 12, Defendant admits.

13. In response to paragraph 13, Defendant admits.

14. In response to paragraph 14, Defendant admits.

15. In response to paragraph 15, Defendant admits.

16. In response to paragraph 16, Defendant admits.

Main Document    Page 3 of 7

17. In response to paragraph 17, Defendant admits.

18. In response to paragraph 18, Defendant admits.

19. In response to paragraph 19, Defendant admits.

20. In response to paragraph 20, Defendant admits.

21. In response to paragraph 21, Defendant admits as to the dates of filing but denies that there was no material change of circumstances.

22. Defendant reasserts and re-alleges all prior responses herein by this reference.

23. In response to paragraph 23, Defendant denies.

24. In response to paragraph 24, Defendant denies.

25. In response to paragraph 25, Defendant denies.

26. In response to paragraph 26, Defendant denies.

27. In response to paragraph 27, Defendant denies.

28. In response to paragraph 28, Defendant denies.

29. In response to paragraph 29, Defendant reasserts and re-alleges all prior responses herein by this reference.

30. In response to paragraph 30, Defendant admits.

31. In response to paragraph 31, Defendant admits.

32. In response to paragraph 32, Defendant admits.

33. In response to paragraph 33, Defendant denies based on the question as posed.

34. In response to paragraph 34, Defendant admits.

35. In response to paragraph 35, Defendant denies.

36. In response to paragraph 36, Defendant denies.

ANSWER

37. In response to paragraph 37, Defendant admits.

38. In response to paragraph 38, Defendant denies.

39. In response to paragraph 39, Defendant admits.

40. In response to paragraph 40, Defendant admits.

41. In response to paragraph 41, Defendant admits.

42. In response to paragraph 42, Defendant admits.

43. In response to paragraph 43, Defendant admits.

44. In response to paragraph 44, Defendant has no response because the paragraph alleges the intention of Plaintiff of which Defendant has no direct knowledge.

45. In response to paragraph 45, Defendant denies.

46. In response to paragraph 46, Defendant denies.

47. In response to paragraph 47, Defendant denies.

48. In response to paragraph 48, Defendant reasserts and re-alleges all prior responses herein by this reference.

49. In response to paragraph 49, Defendant admits.

50. In response to paragraph 50, Defendant denies.

51. In response to paragraph 51, Defendant admits.

52. In response to paragraph 52, Defendant admits.

53. In response to paragraph 53, Defendant denies.

54. In response to paragraph 54, Defendant denies.

55. In response to paragraph 55, Defendant denies.

56. In response to paragraph 56, Defendant denies.

ANSWER

57. In response to paragraph 57, Defendant reasserts and re-alleges all prior responses herein by this reference.

58. In response to paragraph 58, Defendant admits.

59. In response to paragraph 59, Defendant admits.

60. IN response to paragraph 60, Defendant admits.

61. In response to paragraph 61, Defendant admits.

62. In response to paragraph 62, Defendant denies.

63. In response to paragraph 63, Defendant denies.

64. In response to paragraph 64, Defendant denies.

65. In response to paragraph 65, Defendant denies.

66. In response to paragraph 66, Defendant reasserts and re-alleges all prior responses herein by this reference.

67. In response to paragraph 67, Defendant admits.

68. In response to paragraph 68, Defendant admits.

69. In response to paragraph 69, Defendant admits.

70. In response to paragraph 70, Defendant admits.

71. In response to paragraph 71, Defendant denies.

72. In response to paragraph 72, Defendant denies.

73. In response to paragraph 73, Defendant denies.

## II.

## AFFIRMATIVE DEFENSES

### A. FAILURE TO STATE A CAUSE OF ACTION UPON WHICH RELIEF CAN BE BASED

Defendant alleges that Plaintiff failed to state sufficient facts to constitute a cause of action upon which relief can be based.

### B. FAILURE TO JOIN A NECESSARY PARTY

Defendant alleges that Plaintiff has failed to join a necessary party.

### C. NO STANDING

Defendant alleges that Plaintiff has no standing to bring some or all of the claims which are therefore barred.

### D. REASONABLE INTERPRETATION OF APPLICABLE LAW

Defendant alleges that its conduct was at all times reasonable, in complete good faith, based upon good cause, and undertaken pursuant to the terms of applicable laws and regulations.

## III.

## PRAYER

Defendant prays for judgment as follows:

1. That this action be dismissed in its entirety, with prejudice;

2. That judgment be entered in favor of Defendant and against Plaintiff;

3. That Defendant be awarded their costs of suit and attorneys' fees incurred herein; and

4. For such other relief as the Court deems just and proper.

Dated: September 30, 2022        Signed: _____
                                 ANERIO V. ALTMAN, ESQ.
                                 ATTORNEY FOR DEBTOR
                                 SUSAN JO WHITE

- 6 -

ANSWER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

PO Box 515381, Los Angeles, CA 90051

A true and correct copy of the foregoing document entitled (*specify*):

Answer

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __09/30/2022__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Thomas H Casey (TR) msilva@tomcaseylaw.com, thc@trustesolutions.net
Richard G. Heston rheston@hestonlaw.com,
yflores@hestonlaw.com,docs@hestonlaw.com;HestonRR41032@notify.bestcase.com,handhecf@gmail.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __09/30/2022__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Delivery to the court per the court manual.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/30/2022 | Anerio Ventura Altman, Esq. | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE